# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| KEVIN GARDNER,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>    Defendant. | § § § § § § § § § § §   Civil Action No. 6:23-CV-369-JDK |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED** with prejudice. All pending motions are **DENIED** as moot.

The Clerk of the Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **20th** day of **January, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE